STATE OF NEW JERSEY v. ALVIN DANIELS.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY YON.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL CHRISTOW.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL WRIGHT.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KENDALL LAMAR.

February 23, 1988.

Petition for certification denied.